|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>October 20, 2025<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY |

| | |
|---|---|
| **JONATHAN C. DREWA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v.  § | NO. SA-24-CV-01237-OLG-HJB |
| § | |
| **SAN ANTONIO ZOOLOGICAL** § | |
| **SOCIETY, INC.,** § | |
| § | |
| **Defendant.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed June 13, 2025, concerning pro se Plaintiff Jonathan C. Drewa's First Amended Complaint. (*See* R&R, Dkt. No. 31.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff timely filed objections to the R&R on June 26, 2025 (*see* Dkt. No. 34).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the entirety of the R&R de novo and finds that it is in all things correct and should be accepted. Accordingly, the Court **ADOPTS** Judge Bemporad's R&R (Dkt. No. 31) and, for the reasons set forth therein: Plaintiff's claim for intentional infliction of emotional distress is **DISMISSED WITH PREJUDICE**, and his claims under the Americans with Disabilities Act and the Texas Human Resources Code are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to plausibly restate those claims in a second amended pleading.

It is so **ORDERED**.

**SIGNED** this ___20___ day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge