UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

August 04, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

| | | |
|---|---|---|
| JONATHAN C. DREWA, | § | |
| **Plaintiff,** | § | |
| v. | § | NO. SA-24-CV-01237-OLG-HJB |
| SAN ANTONIO ZOOLOGICAL SOCIETY, INC., | § | |
| **Defendant.** | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed July 6, 2025, concerning Defendant's Motion to Dismiss. (*See* R&R, Dkt. No. 41.)

A copy of the R&R was mailed by certified mail on July 7, 2026 (*see* Dkt. No. 42) and received on July 17, 2026 (*see* Dkt. No. 43). No objections have been filed, and the time to do so has expired. *See* FED. R. CIV. P. 72(b)(2) (providing that objections must be filed within 14 days after service of the R&R). Because no party has objected to the R&R, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made."). After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 41) and, for the reasons set forth therein, Defendant's Motion to Dismiss (Dkt. No. 39) is **GRANTED**, but Plaintiff may file a motion for leave to file an amended complaint to plausibly restate his claim under the Americans with Disabilities Act. Such motion must be filed on or before August 25, 2026, and

must include a copy of Plaintiff's proposed amended pleading. Defendant must respond to Plaintiff's motion **within 14 days** from the date it is filed.

It is so **ORDERED**.

SIGNED on August _____, 2026.

ORLANDO L. GARCIA
United States District Judge

2